

JS - 6
**ENTERED**

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG - 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROBERT CONTRERAS,                   )     Case No.  EDCV 07-1256 RNB
                                    )
                Plaintiff,          )          **J U D G M E N T**
                                    )
        vs.                         )
                                    )
MICHAEL J. ASTRUE,                  )
Commissioner of Social Security,    )
                                    )
                Defendant.          )
_____)

        In accordance with the Order Reversing Decision of Commissioner and Remanding for Futher Administrative Proceedings, filed herewith,

        IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings.


DATED: August 4, 2008

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG - 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE